**Electronically Filed
Supreme Court
SCWC-11-0000998
08-MAY-2013
01:30 PM**

SCWC-11-0000998

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ASSOCIATION OF APARTMENT OWNERS OF THE WAIKOLOA BEACH VILLAS,
by its Board of Directors,
Petitioner/Applicant-Appellee,

vs.

SUNSTONE WAIKOLOA, LLC.,
Respondent/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000998; S.P. NO. 11-1-007K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on March 28, 2013 by Petitioner/Applicant-Appellee Association of Apartment Owners of the Waikoloa Beach Villas is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 8, 2013.

| | |
|---|---|
| Terrance M. Revere, | /s/ Mark E. Recktenwald |
| Malia Nickison-Beazley, | |
| and Christopher A. Santos, | /s/ Paula A. Nakayama |
| for petitioner | |
| | /s/ Simeon R. Acoba, Jr. |
| Michael L. Freed, | |
| Brad S. Petrus, and | /s/ Sabrina S. McKenna |
| David R. Harada-Stone, | |
| for respondent | /s/ Richard W. Pollack |

